UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br>　　　　Plaintiff,<br>　　v.<br>TIMOTHY STANDON, et al.,<br>　　　　Defendants. | Case No. 19-01246 EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint against prison officials at Kern Valley State Prison, ("KVSP"), where he is currently incarcerated. Because defendants reside in and the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** 6/13/2019

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge

Order of Transfer
PRO-SE\EJD\CR.19\01246Martinez_transfer (ED)